UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>GLISERMI DIAZ, )<br>Defendant ) | Mag. Judge Case No. _____ |

## AFFIDAVIT IN SUPPORT OF ARREST

I, Mark Lews, Deputy United States Marshal, do hereby make oath before the Honorable Charles B. Swartwood, III, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one Glisermi Diaz on a Petition for Revocation of Supervised Release, filed in the Eastern District of New York charging the defendant with failing to notify the Department of Probation of a change in residence or employment, as required by the conditions of Defendant's Supervised Release, in violation of 18 U.S.C. § 3583(d), and I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

_____
Mark Lewis
Deputy United States Marshal
United States Marshal Service

Subscribed and sworn to before me this 10th day of November, 2004.

_____
Charles B. Swartwood, III
United States Magistrate Judge