# FINANCIAL AFFIDAVIT

## FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23

☑ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

USA  DIAZ  FOR Mass
AT Wor[c]ester

**LOCATION NUMBER**

1 ☐ Defendant—Adult
2 ☐ Defendant—Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

CHARGE/OFFENSE (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

**DOCKET NUMBERS**
Magistrate
District Court
Court of Appeals

---

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☐ No ☐ Am Self Employed
- Name and address of employer: _____
- IF YES, how much do you earn per month? $_____
- IF NO, give month and year of last employment. How much did you earn per month $_____
- If married is your Spouse employed? ☐ Yes ☐ No
- IF YES, how much does your Spouse earn per month $_____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income $_____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $
RECEIVED: 600 mo / 500 mo / 1,100
SOURCES: SSI / from Support from Father of Children

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☐ No   IF YES, state total amount $_____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
IF YES, GIVE VALUE AND DESCRIBE IT
VALUE: _____   DESCRIPTION: None

---

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☑ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 5
List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| APARTMENT OR HOME: 500/month Rent | $ | $ |
| Food Stamps — | $ | $ |
|  | $ | $ |
|  | $ | $ |

---

I certify the above to be correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ [signature]   11/04/04

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.