AO 94
(Revised 8/97)

# COMMITMENT TO ANOTHER DISTRICT
## (Rule 40, Federal Rules of Criminal Procedure)

| UNITED STATES DISTRICT COURT | DISTRICT<br>District of Massachusetts |
|---|---|

| UNITED STATES OF AMERICA<br><br>V.<br><br>**GLISERMI DIAZ** | DOCKET NO.<br>**District of Arrest**<br><br>**District of Offense**   00cr00621 |
|---|---|
| | MAGISTRATE JUDGE CASE NO.<br>**District of Arrest**   04-1830-CBS<br><br>**District of Offense** |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☒ indictment ☐ information ☐ complaint ☐ Other (specify)

charging a violation of    18   **U.S.C. §**   3606

| DISTRICT OF OFFENSE<br>Eastern District of New York | DATE OF OFFENSE<br>February 10, 2003 |
|---|---|

**DESCRIPTION OF CHARGES:**

Violation of Probation

**CURRENT BOND STATUS:**

☐  Bail Fixed at                    and conditions were not met
☒  Government moved for detention and defendant detained after hearing in District of Arrest
☐  Government moved for detention and defendant detained pending detention hearing in District of Offense
☐  Other (specify)

**Representation:**  ☐ Retained Own Counsel   ☐ Federal Defender Organization   ☒ CJA Attorney   ☐ None

**Interpreter Required?**   ☒ No   ☐ Yes   Language:

**MASSACHUSETTS**

## TO:  THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

| November 16, 2004 | /s/ Charles B. Swartwood, III |
|---|---|
| **Date** | **United States Judge or Magistrate Judge** |

## RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |